IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDITH PIERCE TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08CV234-MHT |
| | )                          (WO) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On March 28, 2008, plaintiff filed a motion for leave to proceed *in forma pauperis* in this action. By statute, this court is authorized to allow the commencement of this action without prepayment of fees, provided the plaintiff files an affidavit including all assets she possesses and stating that she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1). Plaintiff's statement indicates that she is employed, but she has failed to state the amount of her salary. (See ¶ 2a of Application to Proceed Without Prepayment of Fees and Affidavit). Plaintiff's statement does not meet the requirements of the statute.

Accordingly, the motion to proceed *in forma pauperis* is DENIED. Upon filing an affidavit or declaration in compliance with the statute, plaintiff may renew her motion. Plaintiff is advised that if she fails either to renew her motion with a proper affidavit or declaration or to pay the filing fee on or before **April 14, 2008**, this action may be dismissed.

DONE, this 3rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE