IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDITH PIERCE TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv234-MHT |
| | ) |
| ALABAMA MEDICAID AGENCY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the recommendation of the magistrate judge filed on April 23, 2008 (doc. no. 6), said recommendation is adopted, and it is the ORDER, JUDGMENT and DECREE of the court that this action is dismissed without prejudice because of plaintiff's failure to pay the filing fee required by 28 U.S.C. § 1914(a).

DONE, this the 27th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE